COOLEY LLP
JOHN W. CRITTENDEN (101634)
(jcrittenden@cooley.com)
CHANTAL Z. HWANG (275236)
(chwang@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant
YIDIO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL PHOTO GROUP, LLC and BWP MEDIA USA INC. d/b/a PACIFIC COAST NEWS,<br><br>Plaintiffs,<br><br>v.<br><br>YIDIO LLC,<br><br>Defendant. | Case No.  14-cv-00384-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT IN LIGHT OF SETTLEMENT (L.R. 6-2 AND L.R. 7-12)**<br><br>Fed. R. Civ. P. 12<br><br>Judge: Hon. Elizabeth D. Laporte |

Pursuant to Local Rules 6-2 and 7-12, Plaintiff National Photo Group, LLC and BWP Media USA Inc. d/b/a Pacific Coast News (the "Plaintiffs") and defendant Yidio LLC ("Yidio") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on January 24, 2014, Plaintiffs filed the Complaint in this action;

WHEREAS, on February 11, 2014, Plaintiffs served Yidio with the Summons and Complaint in this action;

WHEREAS, pursuant to Federal Rule of Civil Procedure, Rule 12(a), Yidio's response to Plaintiff's Complaint was due by March 4, 2014;

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1355876 v1/SF

1.

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT IN LIGHT OF SETTLEMENT
(14-CV-00384-EDL)

1  WHEREAS, to facilitate settlement discussions, the Parties entered into a joint Stipulation
2  granting Yidio a 35-day extension to answer or otherwise respond to the complaint by April 8,
3  2014.

4  WHEREAS, on April 2, 2014, the court clerk entered a Notice Rescheduling the Case
5  Management Conference, which set the Case Management Statement deadline to April 28, 2014
6  and the Initial Case Management Conference to May 6, 2014 (Docket No. 9).

7  WHEREAS, the Parties have since reached a settlement in principle and are in the process
8  of documenting their settlement. To further facilitate the Parties' full and complete settlement of
9  the above-captioned action, the Parties hereby stipulate and agree to a 21-day extension of time of
10 Yidio's deadline to answer or otherwise respond to the Complaint, and a continuance of the other
11 dates set by the Court (Docket No. 9).

12 NOW THEREFORE,

13 The Parties request that the Court sign the attached order setting April 29, 2014 as the
14 deadline for Yidio to answer or otherwise respond to the Complaint, and to continue the other
15 dates set by the Court for the Case Management Statement and the Initial Case Management
16 Conference.

17 Dated: April 8, 2014         COOLEY LLP
                                JOHN W. CRITTENDEN (101634)
18                              CHANTAL Z. HWANG (275236)

19

20                              /s/ Chantal Z. Hwang
                                Chantal Z. Hwang
21                              Attorneys for Defendant
                                YIDO LLC
22

23 Dated: April 8, 2014         SANDERS LAW, PLLC

24

25                              /s/ Craig B. Sanders
                                Craig B. Sanders
26                              Attorneys for Plaintiffs
                                NATIONAL PHOTO GROUP, LLC and BWP
27                              MEDIA USA INC. d/b/a PACIFIC COAST
                                NEWS
28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1355876 v1/SF        2.        STIPULATION EXTENDING TIME TO RESPOND TO
                               COMPLAINT IN LIGHT OF SETTLEMENT
                               (14-CV-00384-EDL)

**FILER'S ATTESTATION**

Pursuant to this Court's Local Rule 5-1(i)(3), the undersigned attests that all signatories listed on this document, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing of this Stipulation Extending Time to Respond to the Complaint In Light of Settlement between the Parties.

Dated: April 8, 2014

/s/ Chantal Z. Hwang
Chantal Z. Hwang
COOLEY LLP
Attorneys for Defendant Yidio LLC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1355876 v1/SF

3.

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT IN LIGHT OF SETTLEMENT
(14-CV-00384-EDL)

### [PROPOSED] ORDER

Pursuant to the Parties' stipulated request, it is hereby ORDERED that:

1. The deadline for Yidio to answer or otherwise respond to the Complaint is hereby extended from April 8, 2014 to April 29, 2014;

2. The Parties' Case Management Statement shall be due on May 27, 2014; and

3. The Initial Case Management Conference in this matter is hereby continued to June 3, 2014, 2014 at 10:00 AM.

Dated: April 9, 2014

*Elijah D. Laporte* (signature)
The Hon. Elizabeth D. Laporte
United States District Judge

1355876 v1/SF

4.

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT IN LIGHT OF SETTLEMENT
(14-CV-00384-EDL)

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO